■ In the Matter of THOMAS K. STEIN, Respondent, v BONNIE STEIN, Appellant. [661 NYS2d 567] —Amended order unanimously affirmed without costs (*see, Russell v Russell*, 210 AD2d 875, 876). (Appeal from Amended Order of Monroe County Family Court, Bonadio, J.—Support.) Present—Pine, J. P., Lawton, Doerr, Balio and Boehm, JJ.